UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

             - against -             :        **ORDER**
                                               14 Civ. 3820 (DC)
THOMAS MARMOLEJAS, AKA THOMAS         :        05 Civ. 10693 (DC)
MARMOLEJOS,                                    99 Cr. 1048 (DC)
                                      :
                 Defendant.
- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

        The Clerk of Court is directed to docket the circuit
court's June 22, 2020 mandate (see Crim. Dkt. No. 212) on the
following civil docket: 05-cv-10693.  The Clerk of Court is
further ordered to separate the mandate from the successive
§ 2255 petition attached thereto and create a new docket entry
on the same civil docket (05-cv-10693) consisting exclusively of
the petition, which shall be treated as defendant Thomas
Marmolejas's successive § 2255 motion.

        Within thirty days of the date of this order,
Marmolejas may file an amended § 2255 motion or, in the
alternative, submit a letter stating that he wishes to rely on
what he has already filed (i.e., his successive § 2255
petition).

        Within thirty days of the date of Marmolejas's
submission, the United States Attorney's Office for the Southern

District of New York shall file an answer or other pleading in response to the motion.  Marmolejas shall have thirty days from the date on which he is served with the government's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    New York, New York
          June 24, 2020


___s/Denny Chin_____
DENNY CHIN
United States Circuit Judge
Sitting by Designation

-2-